JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRANA CORPORATION, a California corporation f/b/n LAPIS d/b/a LAPIS CLOTHING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHANGSHU JICHENG SPINNING AND WEAVING COMMODITIES CO., LTD., a/k/a CHANGSHU JICHEN GARMENT, LTD., a Chinese company; MING JIAN CHEN a/k/a JASON CHEN, an individual, JIE HUA ZHOU, an Individual, UNLIMITED AVENUES INC., a New York Corporation, GARY SACHDEV, an Individual, and DOES 1-10,<br><br>　　　　Defendants. | Case No. CV16-04590 CAS (GJSx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| CHANGSHU JICHENG SPINNING AND WEAVING COMMODITIES CO., LTD., a Chinese company;<br><br>　　　　Counterclaimant and Third Party Plaintiff,<br><br>　　v.<br><br>Cirana CORPORATION, a California corporation d/b/a LAPIS CLOTHING; SAM DOWLAT, an individual; and ROES 1-10, inclusive,<br><br>　　　　Counter-Defendant and Third Party Defendants. | |

(Note: "PROPOSED" in the order title is shown with strikethrough.)

1 | The Court, having considered the Stipulation to Dismiss Action with Prejudice
2 | filed by the Parties in this matter, and finding good cause thereon;
3 | **IT IS HEREBY ORDERED**, that:
4 | 1. This action be dismissed in its entirety, with prejudice;
5 | 2. The Parties shall bear their own fees and costs;
6 | 3. This Court shall retain jurisdiction as may be necessary to enforce the
7 | terms of the settlement agreement entered into between the Parties.
8 | 4. The pending motions are withdrawn.

Dated: January 11, 2017

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE